AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:17-MJ-02720 | Date and time warrant executed: 11/10/17 @ 1300 | Copy of warrant and inventory left with: Jose Antonio Ramirez |
| Inventory made in the presence of: Items seized & searched by Justin O'Donohoe | | |

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

A. BLACK ALCATEL CELL PHONE: NOTHING TAKEN.
B. BLACK SAMSUNG CELL PHONE: PHONE BROKEN & NOT SEARCHED.
C. WHITE SAMSUNG CELL PHONE: CALENDAR ENTRIES, CALL LOGS, CONTACTS, DEVICE LOCATIONS, INSTALLED APPLICATIONS, MMS MESSAGES, PASSWORDS, SIM DATA, SMS MESSAGES, USER ACCOUNTS, DOCUMENTS, & IMAGES.
D. WHITE & GOLD APPLE IPAD: AUTO FILL RECORDS, CONTACTS, FORM DATA, NOTES, SEARCHED ITEM HISTORY, USER ACCOUNTS, WEB HISTORY, APPLICATIONS, IMAGES, & VIDEOS.
E. BLACK APPLE IPHONE: BLUETOOTH DEVICE HISTORY, CALL LOG, CONTACTS, COOKIES, DEVICE LOCATION HISTORY, EMAILS, MMS MESSAGES, SEARCH ITEMS, SMS MESSAGES, USER ACCOUNTS, WIRELESS NETWORKS, IMAGES, & VIDEOS.

Certification (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 01/25/2018

Executing officer's signature

Justin O'Donohoe    TFO - FBI
Printed name and title

AUSA: Chelsea Norell, ext. 2624